UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BOB BAFFERT, | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | 21 Civ. 3329 |
| | ) | |
| THE NEW YORK RACING | ) | |
| ASSOCIATION, INC., | ) | |
| *Defendant* | ) | |

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declaration of W. Craig Robertson III (with exhibits), Plaintiff, Bob Baffert ("Baffert") will move the Court, at the United States Courthouse, 25 Cadman Plaza East, Brooklyn, New York, 10021, as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 65, preliminarily enjoining the Defendant, The New York Racing Association, Inc. from (a) denying racehorses owned and/or trained by Baffert entry into races contested at New York racetracks, including, but not limited to, Belmont Park, Aqueduct Racetrack and Saratoga Race Course; (b) denying Baffert the privileges of the grounds of the foregoing New York racetracks; and (c) denying Baffert stall space at New York racetracks.

Dated: New York, New York
        June 14, 2021

Respectfully submitted,

STEPTOE & JOHNSON LLP

By:  */s/ Charles Michael*
      Charles Michael

W. Craig Robertson III
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
859.233.2012
wrobertson@wyattfirm.com
(*pro hac vice* application forthcoming)

1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
cmichael@steptoe.com

*Counsel for plaintiff Bob Baffert*