UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Bob Baffert, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Case No. 1:21-cv-03329 |
| | ) | |
| The New York Racing Association, | ) | |
|     Defendant. | ) | |

APPEARANCE OF COUNSEL

TO: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: proposed *amicus curiae* The Jockey Club.

Date: June 22, 2021

*Susan Phillips Read*
Susan Phillips Read
*Signature*

SUSAN PHILLIPS READ
NY Attorney Registration No. 1156850
*Print Name and bar number*

30 Barnes Rd., West Sand Lake, NY 12196
*Address*

susanphillipsread@gmail.com
*E-mail address*

(518) 248-0037
*Telephone number*

(518) 465-9315
*Fax number*