# WYATT

WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507
859.233.2012
wyattfirm.com

W. Craig Robertson III
859.288.7667
wrobertson@wyattfirm.com

July 9, 2021

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Bob Baffert v. The New York Racing Association, Inc.
     Case No. 1:21-cv-03329 (E.D.N.Y.)

Dear Judge Amon:

  In follow-up to our status conference yesterday, and pursuant to the Court's Order, please be advised that the owners referenced in paragraph 13 of Plaintiff Bob Baffert's Supplemental Affidavit are as follows:

  Gavin Murphy of SF Bloodstock;
  Jack Wolf of Starlight Racing;
  Peter Fluor of Speedway Stable;
  Sol Kumin of Madaket Stables; and
  George Bolton

  Thank you for your time. I look forward to seeing you on Monday.

          Sincerely,

          */s/ W. Craig Robertson III*

          W. Craig Robertson III

WCR/hd
cc: All Counsel of Record
   (VIA ECF)

100526382.1

ATTORNEYS AT LAW