**GreenbergTraurig**

Henry M. Greenberg
Tel (518) 689-1492
Fax (518) 689-1499
greenbergh@gtlaw.com

August 25, 2021

**VIA E-MAIL**

W. Craig Robertson III
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky
Email: wrobertson@wyattfirm.com

    Re:    *Bob Bajfert v. The New York Racing Association, Inc.,* Civil Action No. 1:21-cv-03329-CBA-RML

Dear Mr. Robertson:

On behalf of Defendant The New York Racing Association, Inc., I am enclosing a Notice of Motion to Dismiss Complaint and Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint.

    Very truly yours,

    Henry M. Greenberg *(greenbergh@gtlaw.com)*
    Cynthia L. Neidl *(neidlc@gtlaw.com)*
    GREENBERG TRAURIG, LLP
    54 State Street, 6th Floor
    Albany, New York 12207
    Telephone: (518) 689-1400

    - and -

    Ann Elizabeth Ostrager *(ostragerae@sullcrom.com)*
    Harry F. Murphy *(murphyh@sullcrom.com)*
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000

    *Attorneys for Defendant The New York Racing Association, Inc.*

Encs.
cc:    Charles Michael (w/encs.)
       Clark O. Brewster (w/encs.)