

Henry M. Greenberg
Tel (518) 689-1492
Fax (518) 689-1499
greenbergh@gtlaw.com

August 30, 2021

**VIA ECF**

Honorable Carol Bagley Amon
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Bob Baffert v. The New York Racing Association, Inc.*, Civil Action No. 1:21-cv-03329-CBA-RML

Dear Judge Amon:

Pursuant to Rule 3(B) of Your Honor's Individual Motion Practices and Rules, the parties in the above-referenced action have agreed upon a proposed briefing and oral argument schedule for Plaintiff Bob Baffert's ("Plaintiff") Motion for Attorneys' Fees and Costs. The parties jointly propose the following schedule:

1. Defendant The New York Racing Association, Inc.'s opposition to Plaintiff's Motion for Attorneys' Fees and Costs will be filed on or before September 27, 2021.
2. Plaintiff's Reply in support of his Motion for Attorneys' Fees and Costs will be filed on or before October 12, 2021.
3. Following briefing, the parties propose November 16, 2021 at 2:00 p.m. as the date and time for oral argument, should the Court find it necessary. That is when the Court has scheduled oral argument, via telephone, on Defendant's Motion to Dismiss the Complaint.

Thank you for your consideration of this request.

    Respectfully submitted,

    GREENBERG TRAURIG, LLP

    Henry M. Greenberg

cc:    All Counsel of Record

**Greenberg Traurig, LLP | Attorneys at Law**
54 State Street | 6th Floor | Albany, NY 12207 | T +1 518.689.1400 | F +1 518.689.1499

www.gtlaw.com