UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOB BAFFERT,<br>　　　*Plaintiff*<br><br>v.<br><br>THE NEW YORK RACING<br>ASSOCIATION, INC.,<br>　　　*Defendant* | Case No. 1:21-cv-3329 (CBA) |

## NOTICE OF MOTION TO HOLD NYRA IN CIVIL CONTEMPT AND TO STAY NYRA'S RENEWED SUSPENSION PROCEEDINGS

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, Plaintiff, Bob Baffert ("Baffert"), will move the Court, at the United States Courthouse, 25 Cadman Plaza East, Brooklyn, New York 10021, as soon as counsel may be heard, for an order holding the Defendant, The New York Racing Association, Inc. ("NYRA"), in civil contempt for failure to comply with the terms of the Court's July 14, 2021 Memorandum & Order enjoining it from enforcing its unlawful suspension of Baffert from New York racetracks. Additionally, Baffert seeks an Order from this Court staying NYRA's renewed attempt to suspend him.

Dated: New York, New York
　September 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　__/s/W. Craig Robertson, III____
Charles Michael　　　　　　　　　　　　　　　W. Craig Robertson III
Steptoe & Johnson LLP　　　　　　　　　　　　WYATT, TARRANT & COMBS, LLP
1114 Avenue of the Americas　　　　　　　　　250 West Main Street, Suite 1600
New York, New York 10036　　　　　　　　　　Lexington, Kentucky 40507-1746
cmichael@steptoe.com　　　　　　　　　　　　859.233.2012
　　　　　　　　　　　　　　　　　　　　　　　wrobertson@wyattfirm.com
Clark O. Brewster　　　　　　　　　　　　　　(admitted *pro hac vice*)
BREWSTER & DEANGELIS
2617 E. 21st
Tulsa, Oklahoma 74114　　　　　　　　　　　　*Counsel for Plaintiff, Bob Baffert*