# EXHIBIT A



**DAVID T. O'ROURKE**
*Chief Executive Officer and President*

May 17, 2021

**<u>VIA EMAIL & OVERNIGHT MAIL</u>**

Robert A. Baffert
Bob Baffert Racing Stables, Inc.
4244 Woodleigh Lane
La Canada, CA 91011
*Email:* dubaibob@aol.com

Dear Mr. Baffert:

    On behalf of The New York Racing Association ("NYRA"), I write to advise that, effectively immediately, you are temporarily suspended from entering horses to race at Belmont Park, Saratoga Race Course and Aqueduct Racetrack.

    As you know, on May 9, 2021, following the running of the Kentucky Derby, Churchill Downs Racetrack ("Churchill Downs") suspended you from entering any horses thereat. In that connection, Churchill Downs issued a public statement that explained the basis for its decision as follows:

> It is our understanding that Kentucky Derby winner Medina Spirit's post-race blood sample indicated a violation of the Commonwealth of Kentucky's equine medication protocols. The connections of Medina Spirit have the right to request a test of a split sample and we understand they intend to do so. To be clear, if the findings are upheld, Medina Spirit's results in the Kentucky Derby will be invalidated and Mandaloun will be declared the winner.
>
> Failure to comply with the rules and medication protocols jeopardizes the safety of the horses and jockeys, the integrity of our sport and the reputation of the Kentucky Derby and all who participate. Churchill Downs will not tolerate it. Given the seriousness of the alleged offense, Churchill Downs will immediately suspend Bob Baffert, the trainer of Medina Spirit, from entering any horses at Churchill Downs Racetrack. We will await the conclusion of the Kentucky Horse Racing Commissions' investigation before taking further steps.

The New York Racing Association, Inc. I 110-00 Rockaway Blvd. Jamaica, NY 11417 I (718) 659-2328 I dorourke@nyrainc.com I ww

   


EXHIBIT A

In response to Churchill Downs' suspension, you have provided the media with different accounts and theories as to why Media Spirit tested positive for betamethasone, most recently blaming the result on a cream used on the horse by a veterinarian without your knowledge. In any event, Churchill Downs' suspension comes in the wake of at least four other drug testing violations of horses trained by you in just the past year, as found by state racing regulators in Arkansas, California and Kentucky.

In light of the above, and other related information, NYRA has determined that the best interests of thoroughbred racing compel the temporary suspension of your entering horses in races and occupying stall space at our racetracks. To do otherwise would compromise NYRA's investment in its operations as well as the public's perception of thoroughbred racing generally.

NYRA expects to make a final determination regarding the length and terms of your suspension based on information revealed during the course of the ongoing investigation in Kentucky. If you also wish to present to NYRA any information, data or arguments concerning this matter, please do so within seven business days from receipt of this letter.

Sincerely,

David O'Rourke

cc: Joseph Lambert, Esq.

The New York Racing Association, Inc. | 110-00 Rockaway Blvd. Jamaica, NY 11417 | (718) 659-2328 | dorourke@nyrainc.com | www.nyra.com

