# EXHIBIT B



September 10, 2021

**VIA CERTIFIED MAIL & EMAIL**

Robert A. Baffert
Bob Baffert Racing Stables, Inc.
4244 Woodleigh Lane
La Cañada Flintridge, CA 91011
Email: dubaibob@aol.com

      Re: Notice of Hearing

Dear Mr. Baffert:

      This letter is to advise you that the New York Racing Association, Inc, will conduct a hearing to investigate the charges against you set forth in the attached Statement of Charges. You are hereby directed to appear via video conference on September 27, 2021 at 3:00PM (Eastern) for a preliminary hearing conference before the Hearing Officer, Hon. O. Peter Sherwood, to answer these charges.

      You must serve a written answer to the Statement of Charges within five (5) business days after service of this notice. The failure to timely serve an answer shall be deemed an admission to the charges set forth in the attached Statement of Charges. Please be further advised that if you do not appear at the hearing and have not been granted an adjournment, then a decision on the charges, including by default, may be made by the Hearing Officer.

      Please note that at the hearing, you will have the right to be represented by yourself, a licensed attorney, or a duly authorized representative. Additionally, you will have the right to testify, produce witnesses, present documentary evidence, and examine opposing witnesses and evidence. The Hearing Officer shall have the authority to limit the introduction of irrelevant evidence. Please be advised that the hearing will be conducted pursuant to the attached Hearing Rules and Procedures.

Sincerely,

*Melanie S. Frank*

Melanie Sims Frank
Deputy General Counsel

Encls.
cc:    W. Craig Robertson III, Esq. (via email)
        Henry M. Greenberg, Esq. (via email)
        Hon. O. Peter Sherwood (via email)



EXHIBIT B