# WYATT

WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507
859.233.2012
wyattfirm.com

W. Craig Robertson III
859.288.7667
wrobertson@wyattfirm.com

October 1, 2021

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Bob Baffert v. The New York Racing Association, Inc.
Case No. 1:21-cv-03329 (E.D.N.Y.)

Dear Judge Amon:

As you are aware, the Court has set the foregoing matter down for a hearing on October 5, 2021 on the Motion of the Plaintiff, Bob Baffert ("Baffert"), to hold the Defendant, the New York Racing Association, Inc. ("NYRA"), in contempt and to stay NYRA's renewed suspension proceedings. Given the tight time frame for briefing, it is unclear to me whether the Court contemplated Baffert filing a Reply Memorandum. Nevertheless, Baffert would like the opportunity to very briefly address some of the issues raised by NYRA in its Response. Accordingly, Baffert hereby asks for permission to file the attached Reply Memorandum in support of his Motion.

Thank you in advance for your consideration. I look forward to seeing you on October 5.

Sincerely,

*[signature]*

W. Craig Robertson III

WCR/hd
Attachment
cc: All Counsel of Record

100592900.1

ATTORNEYS AT LAW