UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOB BAFFERT,<br><br>  Plaintiff,<br><br>vs.<br><br>THE NEW YOUR RACING ASSOCIATION, INC.,<br><br>  Defendant. | [PROPOSED] ORDER TO ADMIT COUNSEL CLARK O. BREWSTER PRO HAC VICE<br><br>Case No.: 1:21-cv-3329-CBA-RML |

The motion of Clark O. Brewster for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the Supreme Court of Oklahoma and Texas, and that his contact information is as follows:

Clark O. Brewster
BREWSTER & DE ANGELIS
2617 E. 21st St.
Tulsa, OK 74114
918-742-2021
cbrewster@brewsterlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Bob Baffert in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Oct. 2, 2021
~~New York~~, New York

_____
U.S. District / Magistrate Judge

1