# Sullivan & Cromwell LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 13, 2021

<u>Via Hand Delivery</u>

The Honorable Carol Bagley Amon,
United States District Court, Eastern District of New York,
225 Cadman Plaza East,
Brooklyn, New York 11201.

      Re:    *Bob Baffert v. The New York Racing Association, Inc.*, Civil Action No. 1:21- cv-03329-CBA-RML

Dear Judge Amon:

On behalf of Defendant The New York Racing Association, Inc. ("NYRA"), I have enclosed courtesy copies of the motion papers associated with NYRA's Motion to Dismiss Complaint, which are described in further detail below.

*First*, enclosed are NYRA's Notice of Motion to Dismiss Complaint (ECF No. 42) and the Memorandum of Law in Support of NYRA's Motion to Dismiss Complaint (ECF No. 42-1).

*Second*, enclosed are Plaintiff Bob Baffert's Response in Opposition to NYRA's Motion to Dismiss (ECF No. 43) and its accompanying exhibits (Exhibits A through C) (ECF Nos. 43-1 to 43-3).

*Third*, enclosed are NYRA's Reply Memorandum of Law in Further Support of NYRA's Motion to Dismiss Complaint (ECF No. 44) and its accompanying exhibit (Exhibit A) (ECF No. 44-1).

                      Sincerely,

                      /s/ *Ann-Elizabeth Ostrager*

                      Ann-Elizabeth Ostrager

(Enclosures)

cc:     Magistrate Judge Robert M. Levy (without enclosures)
        W. Craig Robertson III (via e-mail, without enclosures)
        Charles Michael (via e-mail, without enclosures)
        Clark O. Brewster (via e-mail, without enclosures)