# GT GreenbergTraurig

Henry M. Greenberg
Tel (518) 689-1492
Fax (518) 689-1499
greenbergh@gtlaw.com

December 3, 2021

**VIA E-MAIL**

W. Craig Robertson III
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507
wroberston@wyattfirm.com

    Re:   *Bob Baffert v. The New York Racing Association, Inc.*,
            Civil Action No. 1:21-cv-03329-CBA-RML

Dear Mr. Robertson:

On behalf of The New York Racing Association, Inc., I am enclosing a Notice of Motion to Dismiss Amended Complaint, Memorandum of Law in Support of Defendant's Motion to Dismiss and Declaration of Henry M. Greenberg.

                                      Very truly yours,

                                      Henry M. Greenberg (*greenbergh@gtlaw.com*)
                                      Cynthia L. Neidl (*neidlc@gtlaw.com*)
                                      GREENBERG TRAURIG, LLP
                                      54 State Street, 6th Floor
                                      Albany, New York 12207
                                      Telephone: (518) 689-1400

                                        - and -

                                      Ann Elizabeth Ostrager (*ostragerae@sullcrom.com*)
                                      Harry F. Murphy (*murphyh@sullcrom.com*)
                                      SULLIVAN & CROMWELL LLP
                                      125 Broad Street
                                      New York, New York 10004
                                      Telephone: (212) 558-4000

Encs.
cc:    Charles Michael (w/encs.)
        Clark O. Brewster (w/encs.)

**Greenberg Traurig, LLP | Attorneys at Law**
54 State Street | 6th Floor | Albany, NY 12207 | T +1 518.689.1400 | F +1 518.689.1499

www.gtlaw.com